PER CURIAM.

(No. 74-CC-169—Claimant )

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-172—Claimant )

MEMORIAL HOSPITAL OF SPRINGFIELD, ILLINOIS, An Illinois Not-For-Profit Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 5, 1974.*

BROWN, HAY & STEPHENS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.